# UNITED STATES BANKRUPTCY COURT
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Kenneth G. Olexa<br>Rebecca Olexa<br>Debtor(s) | Case No. 09-26200 CMB<br><br>Chapter 13 |

Property Address: 915 Somerset Street, Monessen, PA 15062

**Last four digits** of any number you use to identify the debtor's account: **2190**

**Court claim no**. (if known): **5-3**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**Name of creditor:** BANK OF AMERICA, N.A.

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated: **10/15/2014** and filed as Docket # **64**

### Pre-Petition Default Payments:

☑  Agrees that Debtor(s) has/have paid in full the amount required to cure the default on Creditor's claim

☐  Disagrees that Debtor(s) has/have paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure the pre-petition arrears is:

**Total Amount Due:** $ **0.00**

Attached as Schedule of Amounts Outstanding on Pre-petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments

☑  Agrees that Debtor(s) is/are current with respect to all payments consistent with §1322(b)(5) of the Bankruptcy Code.

☐  Disagrees that Debtor(s) is/are current with respect to all payments consistent with §1322(b)(5), and states that the total amount due to cure post-petition arrears is:

**Total Amount Due:** $ **0.00**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

| Schedule of Amounts Outstanding Pre-Petition Claim | | |
|---|---|---|
| **Description** | **Date** | **Amount** |
| | | |
| | | |
| | | |

| Schedule of Amounts Outstanding Post-Petition Claim | | |
|---|---|---|
| **Description** | **Date** | **Amount** |
| | | |
| | | |
| | | |

**Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.
❐  I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge,
information, and reasonable belief.

X**/s/ Jill Manuel-Coughlin, Esquire**

Jill Manuel-Coughlin, Esquire

**Print:** Jill Manuel-Coughlin, Esquire

**Company:** Powers, Kirn & Associates, LLC

**Address:** 8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

**Contact Phone:** 215-942-2030

**Date:** 11/4/2014

**Title:** Attorney

**E-Mail:** jill@pkjllc.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>Kenneth G. Olexa<br>Rebecca Olexa<br>　　　　　　　Debtor(s)<br><br>BANK OF AMERICA, N.A.<br>　　　　　　　Movant<br>　v.<br>Kenneth G. Olexa<br>Rebecca Olexa<br>　　　　　　　Debtor(s) | | Case No. 09-26200 CMB |

## CERTIFICATE OF SERVICE

　　　I, Jill Manuel-Coughlin, Esquire, hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage-prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on November 4, 2014.

*Parties Served via Electronic Notification:*

Daniel R. White , Esquire
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
dwhite@zeblaw.com
Attorney for Debtor

Ronda J. Winnecour , Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
Trustee

*Parties Serviced via First Class Mail:*

Kenneth G. Olexa
Rebecca Olexa
915 Somerset Street
Monessen, PA 15062
Debtor

　　　　　　　　　　　　　　　　　　　**/s/ Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　　　　Jill Manuel-Coughlin, Esq.
　　　　　　　　　　　　　　　　　　　8 Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　215-942-2090 phone
　　　　　　　　　　　　　　　　　　　215-942-8661 fax
　　　　　　　　　　　　　　　　　　　E-mail: jill@pkjllc.com
　　　　　　　　　　　　　　　　　　　Attorney for Movant